**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| ED HENRY LOYDE, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1223 |
| | ) | Judge Trauger |
| DAVID RYKER, Director of the MTMHI, | ) | Magistrate Judge Bryant |
| TECH. CHARLES, employee of the MTMHI, and | ) | |
| C.O. FISHER, employee of the MTMHI, | ) | |
| | ) | |
|        Defendants. | ) | |

**O R D E R**

On August 26, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 27), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant David Ryker (Docket No. 23) is **GRANTED**, and all claims against this defendant are **DISMISSED WITH PREJUDICE**.

This case shall be **RETURNED** to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 17th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge